# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 30, 2019

## NO. 03-19-00088-CR

**Matthew James Farrell, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES GOODWIN, BAKER AND TRIANA
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE TRIANA**

This is an appeal from the district court's order concluding that it lacked jurisdiction to consider Appellant's Motion to Set Aside Conviction and Dismiss Charges. Having reviewed the record, it appears that this Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.